

**COX WOOTTON LERNER GRIFFIN & HANSEN LLP**

Terence S. Cox
Richard C. Wootton †
Neil S. Lerner ‡
Rupert P. Hansen
Marc T. Cefalu
Normand R. "Chip" Lezy ‡‡
Michael J. Nakano ‡‡
Galin G. Luk
Mark E. Tepper
Duane R. Miyashiro ‡‡
Max L. Kelley
Thomas M. Fedeli ††
Lynn L. Krieger

**Senior Counsel**
Arthur A. Severance ††††
Shawn L.M. Benton ‡‡

Edward A. Cosgrove
Edward F. Sears
Hitomi Heap-Baldwin
Christopher S. Kieliger
F. Maxwell Williamson
Matthew Mihaly ╪
Susan F. Shapiro
Melissa T. Marushige ‡‡

**Of Counsel**
Mitchell S. Griffin
Robert G. Frame †††
Donald J. Sands
Gregory W. Poulos
Cynthia A. Farias ‡‡

† Also Admitted in Hawaii
‡ Also Admitted in New York
†† Also Admitted in Arizona
‡‡ Admitted only in Hawaii
††† Admitted only in Hawaii and FL
†††† Also Admitted in AZ, AK, and CO
╪ Also Admitted in NY and NJ

Honolulu
841 Bishop St.
Suite 1099
Honolulu
Hawaii 96813
T 808.744.7020
F 808.354.0427

Los Angeles

San Francisco

www.cwlfirm.com

July 15, 2022

**VIA E-MAIL** [mansfield_orders@hid.uscourts.gov]
The Honorable Kenneth J. Mansfield
U.S. Magistrate Judge
U.S. District Court for the District of Hawai'i
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawai'i 96850

Re:   **Further Settlement Conference**
      *Takashi Furuta vs. Hawaiian Airlines Inc.*
      Civil No.1:19-CV-00617-JAO-KJM
      Date and Time: **July 29, 2022** at **10:30 a.m.**

Dear Judge Mansfield:

This letter confirms that the parties agree to participate in a further settlement in this case on **July 29, 2022** at **10:30 a.m.**

Thank you for your further assistance in this matter.

Sincerely,

Duane R. Miyashiro
COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

cc: Chris Ferrara [chrisair312@gmail.com]